| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>A. JAMES ISBESTER (SBN 129820)<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576 0300<br>Email: jisbester@kilpatricktownsend.com<br><br>SCOTT E. KOLASSA (SBN 294732)<br>WILLIAM E. MOSLEY (SBN 280495)<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br>Email: skolassa@kilpatricktownsend.com<br>Email: wmosley@kilpatricktownsend.com<br><br>Attorneys for Plaintiff,<br>IRIDEX CORPORATION | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>JACOB A. SCHROEDER (SBN 264717)<br>MORGAN E. SMITH (SBN 293503)<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br>Email: jacob.schroeder@finnegan.com<br>Email: morgan.smith@finnegan.com<br><br>JOHN WILLIAMSON (*pro hac vice*)<br>BRIAN KACEDON (*pro hac vice*)<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Attorneys for Defendants<br>Quantel Medical, S.A., Quantel USA, Inc., and Quantel S.A. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIDEX CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>QUANTEL MEDICAL, S.A., a French Corporation, QUANTEL USA, INC., a Montana Corporation, and QUANTEL, S.A., a French Corporation,<br><br>    Defendants. | CASE NO.: 18-cv-00153-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**<br><br>HONORABLE RICHARD SEEBORG |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Iridex Corporation ("Iridex") and Defendants Quantel Medical, S.A., Quantel USA, Inc., and Quantel S.A. ("Quantel") (Iridex and Quantel, collectively, the "Parties") stipulate as recited below and jointly request that the Court modify the current case schedule.

WHEREAS on January 8, 2018, Iridex filed the instant lawsuit. Dkt. No. 2.

WHEREAS on July 31, 2018, the Parties participated in a Settlement Conference before Magistrate Judge Sallie Kim. Dkt. No. 45.

WHEREAS on August 2, 2018 the Parties filed a Joint Stipulation Regarding Stay of Proceedings Pending Settlement Discussions (Dkt. No. 47), believing it may be possible to resolve the instant dispute out-of-Court and requested a brief stay.

WHEREAS on August 2, 2018 this Court, pursuant to the Parties stipulation, ordered the requested stay until September 30, 2018, requiring that the parties report back as to whether the Parties had reached an agreement-in-principle by that date. Dkt. No. 48.

WHEREAS the Parties have not reached an agreement and jointly request that the Court modify the Scheduling Order (Dkt. No. 39) as set forth below.

It is hereby STIPULATED AND AGREED, by and between the Parties and subject to the approval of the Court, that the Scheduling Order be modified as follows:

//
//
//
//
//
//
//
//
//
//
//



| Event | Prior Deadline | Deadline by Effect of Stay Order (Dkt. 48)[1] | (Proposed) New Deadline |
|---|---|---|---|
| Damages Contentions | August 14, 2018 | October 13, 2018 | November 14, 2018 |
| Responsive Damages Contentions | September 13, 2018 | November 12, 2018 | December 14, 2018 |
| Exchange Proposed Terms for Construction | October 1, 2018 | November 30, 2018 | January 3, 2019 |
| Preliminary Claim Constructions and Extrinsic Evidence | October 22, 2018 | December 21, 2018 | January 24, 2019 |
| Joint Claim Construction and Prehearing Statement | November 21, 2018 | January 20, 2019 | February 14, 2019 |
| Completion of Claim Construction Discovery | December 21, 2018 | February 19, 2019 | March 14, 2019 |
| Opening Claim Construction Brief | January 21, 2019 | March 22, 2019 | April 15, 2019 |
| Responsive Claim Construction Brief | February 4, 2019 | April 5, 2019 | April 29, 2019 |
| Reply Claim Construction Brief | February 11, 2019 | April 12, 2019 | May 14, 2019 |

---

[1] The Order staying the case while the parties discussed potential resolution postponed all dates during and after the stay by 60 days pending a new schedule. *See* Dkt. No. 48.


JOINT STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER - CASE NO.: 18-cv-00153-RS

2

Dated: October 2, 2018

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By: */s/ Scott E. Kolassa*
A. JAMES ISBESTER (SBN 129820)
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@kilpatricktownsend.com

SCOTT E. KOLASSA (Bar No. 294732)
WILLIAM E. MOSLEY (Bar No. 280495)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: skolassa@kilpatricktownsend.com
Email: wmosley@kilpatricktownsend.com

Attorneys for Plaintiff
IRIDEX CORPORATION

By: */s/ Jacob A. Schroeder*
JACOB A. SCHROEDER (SBN 264717)
MORGAN E. SMITH (SBN 293503)
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Email: jacob.schroeder@finnegan.com
Email: morgan.smith@finnegan.com

JOHN WILLIAMSON (*pro hac vice*)
BRIAN KACEDON (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendants
Quantel Medical, S.A., Quantel USA, Inc., and Quantel S.A.



**CERTIFICATION PURSUANT TO CIVIL L.R 5-1(i)(3)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: October 2, 2018                                             */s/ Scott E. Kolassa*



I, Scott E. Kolassa, hereby declare and state:

1. I submit this declaration pursuant to Civil L.R. 6-2 in support of the Parties' Joint Stipulation Regarding Stay of Proceedings Pending Settlement Discussions. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. On January 8, 2018, Iridex filed the instant lawsuit.

3. On July 31, 2018, the Parties participated in a Settlement Conference before Magistrate Judge Sallie Kim. I was present for the Settlement Conference.

4. On August 2, 2018 the Parties filed a Joint Stipulation Regarding Stay of Proceedings Pending Settlement Discussions (Dkt. No. 47), believing it may be possible to resolve the instant dispute out-of-Court and requested a brief stay.

5. On August 2, 2018 this Court, pursuant to the Parties' stipulation, ordered the requested stay until September 30, 2018, requiring that the Parties report back as to whether they had reached an agreement-in-principle by that date. Dkt. No. 48.

6. The Parties have previously requested time modifications regarding Quantel's response to Iridex's Complaint; the date of the Initial Case Management Conference; the date of the Settlement Conference; and the temporary stay. The effect of the requested modification will be to extend the overall case schedule previously set forth in Dkt. No. 39.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of October, 2018, in Menlo Park, California.

/s/ Scott E. Kolassa
Scott E. Kolassa



JOINT STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER - CASE NO.: 18-cv-00153-RS

1

# [PROPOSED] ORDER

Pursuant to the Stipulation, the Court hereby ORDERS as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Damages Contentions | August 14, 2018 | November 14, 2018 |
| Responsive Damages Contentions | September 13, 2018 | December 14, 2018 |
| Exchange Proposed Terms for Construction | October 1, 2018 | January 3, 2019 |
| Preliminary Claim Constructions and Extrinsic Evidence | October 22, 2018 | January 24, 2019 |
| Joint Claim Construction and Prehearing Statement | November 21, 2018 | February 14, 2019 |
| Completion of Claim Construction Discovery | December 21, 2018 | March 14, 2019 |
| Opening Claim Construction Brief | January 21, 2019 | April 15, 2019 |
| Responsive Claim Construction Brief | February 4, 2019 | April 29, 2019 |
| Reply Claim Construction Brief | February 11, 2019 | May 14, 2019 |

Tutorial set for June 14, 2019 at 9:30 am.

Claim Construction Hearing set for June 14, 2019 at 10:00 am

Dated: 10/3/18

Hon. Richard Seeborg
United States District Judge

71199247V.1

JOINT STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER - CASE NO.: 18-cv-00153-RS