| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>A. JAMES ISBESTER (SBN 129820)<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576 0300<br>Email: jisbester@kilpatricktownsend.com<br><br>SCOTT E. KOLASSA (SBN 294732)<br>WILLIAM E. MOSLEY (SBN 280495)<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br>Email: skolassa@kilpatricktownsend.com<br>Email: wmosley@kilpatricktownsend.com<br><br>Attorneys for Plaintiff,<br>IRIDEX CORPORATION | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>JACOB A. SCHROEDER (SBN 264717)<br>MORGAN E. SMITH (SBN 293503)<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br>Email: jacob.schroeder@finnegan.com<br>Email: morgan.smith@finnegan.com<br><br>JOHN WILLIAMSON (*pro hac vice*)<br>BRIAN KACEDON (*pro hac vice*)<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Attorneys for Defendants<br>Quantel Medical, S.A., Quantel USA, Inc., and Quantel S.A. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRIDEX CORPORATION, a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>QUANTEL MEDICAL, S.A., a French Corporation, QUANTEL USA, INC., a Montana Corporation, and QUANTEL, S.A., a French Corporation,<br><br>          Defendants. | CASE NO.: 18-cv-00153-RS<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE: HON. RICHARD SEEBORG |

STIPULATION OF DISMISSAL - CASE NO.: 18-cv-00153-RS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Iridex Corporation and Defendants Quantel Medical, S.A., Quantel USA, Inc., and Quantel, S.A. hereby stipulate to the dismissal, without prejudice, of all claims in the above-captioned action.  The parties shall each bear their own attorneys' fees and costs.

**SO STIPULATED AND AGREED.**

Dated:  December 28, 2018

| KILPATRICK TOWNSEND & STOCKTON LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|---|---|
| By: */s/ Scott E. Kolassa*<br>A. JAMES ISBESTER (SBN 129820)<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA  94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br>Email:  jisbester@kilpatricktownsend.com<br><br>SCOTT E. KOLASSA (Bar No. 294732)<br>WILLIAM E. MOSLEY (Bar No. 280495)<br>1080 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 326-2400<br>Facsimile:  (650) 326-2422<br>Email:  skolassa@kilpatricktownsend.com<br>Email:  wmosley@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>IRIDEX CORPORATION | By: */s/ Jacob A. Schroeder*<br>JACOB A. SCHROEDER (SBN 264717)<br>MORGAN E. SMITH (SBN 293503)<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br>Email:  jacob.schroeder@finnegan.com<br>Email:  morgan.smith@finnegan.com<br><br>JOHN WILLIAMSON (*pro hac vice*)<br>BRIAN KACEDON (*pro hac vice*)<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Attorneys for Defendants<br>Quantel Medical, S.A., Quantel USA, Inc., and Quantel, S.A. |



**CERTIFICATION PURSUANT TO CIVIL L.R 5-1(i)(3)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: December 28, 2018                                                          */s/ Scott E. Kolassa*



STIPULATION OF DISMISSAL - CASE NO.: 18-cv-00153-RS

2